UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:26-cv-00210 MCS (ADS)                    Date:  March 24, 2026

Title:  *Nona Hasratyan v. Pamela Bondi, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):          Attorney(s) Present for Respondent(s):
None Present                                                      None Present

**Proceedings:**          **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR
FAILURE TO FILE RESPONSE**

On February 3, 2026, this Court issued an Order to Show Cause Re: Mootness. (Dkt. No. 11.)  On March 5, 2026, Petitioner filed a reply, arguing the Petition is not moot.  (Dkt. No. 12.)  The Court ordered Respondents to substantively respond to the claims Petitioner contends remain by no later than March 19, 2026.  (Dkt. No. 11.)  As of the date of this Order, Respondents have not filed a response.

Respondents are **ORDERED TO SHOW CAUSE** why they have failed to file a response **by no later than April 7, 2026**.  Petitioner may file her reply **by no later than April 14, 2026**.

**IT IS SO ORDERED.**

Initials of Clerk kh