**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NONA HASRATYAN,<br><br>                              Petitioner,<br><br>                    v.<br><br>PAMELA BONDI, et al.,<br><br>                              Respondents. | Case No. 5:26-cv-00210 MCS (ADS)<br><br><br>JUDGMENT |

Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the Petition is granted consistent with the reasons and findings set forth in the Court's Order granting preliminary relief (Dkt. No. 10).

Dated:  May 1, 2026

_Mark C. Scarsi_

_____
THE HONORABLE MARK C. SCARSI
United States District Judge